UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLOBAL TECH INTERNATIONAL, INC.,
a Delaware corporation,

       Plaintiff,

v                                      Case No. 5:07-CV-13473
                                         Hon. Patrick J. Duggan
SULFO TECHNOLOGIES LLC,        Magistrate Judge Mona K. Majzoub
A Michigan corporation,

       Defendant.
_____

**STIPULATED ORDER OF DISMISSAL**
**WITHOUT PREJUDICE**

The parties having stipulated through their counsel to dismissal of this action without prejudice in its entirety:

IT IS HEREBY ORDERED that this action is hereby DISMISSED WITHOUT PREJUDICE and without costs or fees to any party.

                                         s/Patrick J. Duggan
                                         Patrick J. Duggan
                                         United States District Judge

Dated: April 10, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 10, 2008, by electronic and/or ordinary mail.

                    S/Marilyn Orem
                    Case Manager

So Stipulated :

| /s/ Robert L. Kelly (with permission) | /s/ Homayune A. Ghaussi |
|---|---|
| DICKINSON WRIGHT PLLC | WARNER NORCROSS & JUDD LLP |
| 38525 Woodward Avenue, Suite 2000 | 2000 Town Center, Suite 2700 |
| Bloomfield Hills, Michigan 48304-5092 | Southfield, Michigan 48075-1318 |
| 248.433.7578 | 248.784.5000 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| rkelly@dickinson-wright.com | hghaussi@wnj.com |
| P34412 | P63028 |

1532579